

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

May 29, 2019

*[Handwritten endorsement: 5/30/19 — Matter adj. July 11, 2019 at 2 PM, at defendant's request — time excluded through July 11 in the interest of justice, to facilitate plea discussions.]*

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Lavell Durant*, 18 Cr. 702 (CM)

Dear Judge McMahon:

  A conference in the above-captioned matter was adjourned from June 4, 2019 to July 11, 2019 at 2 p.m. As a result of that adjournment, the Government moves, with the consent of defense counsel, to exclude time under the Speedy Trial Act through July 11 in the interests of justice. *See* 18 U.S.C. § 3161(h)(7)(A). Such an exclusion will allow for further discussions concerning a disposition of this matter.

*[Signed: Colleen McMahon]*

  Respectfully submitted,

  GEOFFREY S. BERMAN
  United States Attorney

  by: *Daniel Nessim*
  Daniel Nessim
  Assistant United States Attorney
  (212) 637-2486

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/19

cc:  Ian Marcus Amelkin, Esq. (by ECF)